# Exhibit B

Middleton Reutlinger
401 South Fourth Street, Ste 2600
Louisville, KY  40202
Federal ID #61-0999942


Orthopedic Innovation
PO Box 13
Collaroy NSW 2907, Australia

Our File #  ZS789/14001 (Attorney Fees in 1:13-cv-08839)

| Date Billed Through | Fees | Expenses | Total Invoice Amout |
|---|---|---|---|
| 10/31/2013 | $37,197.50 | $500.00 | $37,697.50 |
| 11/30/2013 | $28,300.50 | $61.89 | $28,362.39 |
| 12/31/2013 | $15,520.00 | $1,319.45 | $16,839.45 |
| 1/31/2013 | $22,886.00 | $80.19 | $22,966.19 |
| 2/28/2014 | $7,849.00 | $0.00 | $7,849.00 |
| 3/31/2014 | $26,720.00 | $1,125.51 | $27,845.51 |
| 4/30/2014 | $33,543.50 | $1,127.79 | $34,671.29 |
| 5/31/2014 | $18,598.00 | $758.91 | $19,356.91 |
| 6/30/2014 | $30,290.00 | $1,130.51 | $31,420.51 |
| 7/31/2014 | $12,435.50 | $0.00 | $12,435.50 |
| 8/31/2014 | $14,881.50 | $742.87 | $15,624.37 |
| 9/30/2014 | $28,355.50 | $1,478.00 | $29,833.50 |
| 10/30/2014 | $24,426.00 | $2,531.32 | $26,957.32 |
| **Totals** | **$301,003.00** | **$10,856.44** | **$311,859.44** |

Husch Blackwell, LLP
120 South Riverside
22d Floor
Chicago IL 60606
(312) 655-1500

## Attorney Fees in 1:13-cv-08839

| Bill Date | Fees | Disbursements | Total |
|---|---|---|---|
| 03/31/2014 | $ 2,836.50 | -0- | $ 2,836.50 |
| 04/14/2014 | $ 4,975.50 | $ 820.00 | $ 5,795.50 |
| 05/21/2014 | $ 4,650.00 | -0- | $ 4,650.00 |
| 06/10/2014 | $ 1,209.00 | -0- | $ 1,209.00 |
| 07/15/2014 | $ 9,811.50 | $ 42.99 | $ 9,854.49 |
| 08/07/2014 | $ 1,720.50 | -0- | $ 1,720.50 |
| 09/16/2014 | 4 4,494.00 | -0- | $ 4,494.00 |
| 10/31/2014 | $ 3,580.50 | $ 90.00 | $ 3,670.50 |
| **Total** | **$ 33,510.00** | **$ 952.99** | **$ 34,462.99** |

Shelston IP Lawyers
Level 21 - 60 Margaret Street
Sydney NSW 2000
Australia

Orthopedic Innovation
PO Box 13
Collaroy NSW 2907, Australia

(Attorney Fees in 1:13-cv-08839)

| Attorney Fees |
|---|
| **$28,042.67** |